COMMONWEALTH *vs.* THOMAS BURNS.

A letter cannot be put in evidence for the purpose of showing when it was received by the person to whom it was addressed.

COMPLAINT for keeping an unlicensed dog from the 1st of May to the 5th of July 1862.

At the trial in the superior court, before *Vose*, J., Patrick Burns, a witness for the defendant, testified that he lived in the family of the defendant during the time covered by the complaint, and had been the sole keeper of the dog, for the owner, Michael Burns, who was absent, from the time when he received a certain letter from Michael, but could not tell when that day was; and the defendant offered the letter in evidence, for the jury to consider when it was received, and as tending to show when Patrick began to keep the dog.    The judge excluded the

letter, and the defendant, having been convicted, alleged exceptions.

*W. S. Gardner*, for the defendant.

*Foster*, A. G., for the Commonwealth.

BY THE COURT. A letter addressed to the witness would furnish no evidence of the time when he received it; and this was the only purpose for which the letter which was excluded was offered in evidence.                                   *Exceptions overruled.*